IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEON THOMAS, on behalf of himself
and other employees similarly situated,

    Plaintiff,

vs.                              CASE NO.: 4:07cv84-SPM/WCS

DOLLAR GENERAL CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Settlement (doc. 34) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 18th day of December, 2007.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge