IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEON THOMAS, on behalf of himself
and other employees similarly situated,

      Plaintiff,

vs.         CASE NO.: 4:07cv84-SPM/WCS

DOLLAR GENERAL CORPORATION,

      Defendant.
_____/

## AMENDED ORDER OF DISMISSAL

This cause comes before the Court on the parties' Joint Request for Amended Order of Dismissal and Joint Stipulation for Dismissal with Prejudice (doc. 36). The parties seek to clarify that the settlement of this Fair Labor Standards Act case resulted in payment in full to Plaintiff for all of his claims, including his claims for overtime pay, liquidated damages and attorney's fees and costs. The Court also notes that no class has been certified and that the settlement encompasses only Plaintiff's claims. Therefore, the resolution of the case does not constitute a "compromise" that requires Court approval. Based on

the foregoing, it is

    ORDERED AND ADJUDGED:

    1.    The parties' resolution of this case is proper.

    2.    This case has been dismissed with prejudice in accordance with the parties' joint stipulation and Federal Rule of Civil Procedure 41(a)(1).

    2.    Each party shall bear its own attorney's fees and costs.

DONE AND ORDERED this 25th day of January, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge